IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NANCY DAVIS,

               Plaintiff,                    JUDGMENT IN A CIVIL CASE

v.

                                            Case No. 15-cv-610-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

               Defendant.

---

     This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Nancy Davis attorney fees in the amount of $1,000 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

     s/ V. Olmo, Deputy Clerk                              2/06/2017
Peter Oppeneer, Clerk of Court                              Date